IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL #234 HEALTH AND WELFARE FUND, by its Trustees, OPERATING ENGINEERS LOCAL #234 APPRENTICESHIP FUND, by its Trustees, and CENTRAL PENSION FUND OF INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by its Chief Executive Officer,<br><br>Plaintiffs,<br><br>vs.<br><br>CALACCI CONSTRUCTION CO., INC.,<br><br>Defendant. | Civil No. 4:21-cv-00143-RGE-SHL<br><br>**APPLICATION FOR ALTERNATIVE METHOD OF SERVICE FOR ORDER FOR JUDGMENT DEBTOR EXAMINATION** |

COME NOW Plaintiffs, state the following in support of their Application for Alternative Method of Service for Judgment Debtors' Examination on Defendant/Judgment Debtor Calacci Construction Co., Inc.:

1. On January 5, 2022, the Court entered an order for a judgment debtor examination of Calacci Construction Co., Inc. ("Judgment Debtor") to occur of February 8, 2022 ("Examination Order").

2. Plaintiffs have diligently attempted to serve Judgment Debtor with a copy of the Examination Order. A process server (HSPS Legal Services) has attempted to serve John Calacci (registered agent of Judgment Debtor and owner of Judgment

1

Debtor) at three separate Iowa City addresses which are associated with John Calacci, but service has not yet occurred. *See* Ex. 1 showing unsuccessful attempts at service.

3. While Plaintiffs may not have the burden to serve Judgment Debtor with the Examination Order under Fed. R. Civ. P. 5, Plaintiffs desire to demonstrate good-faith efforts to complete service.

4. For matters in the District Courts in the State of Iowa, parties can apply for alternative methods of service under Iowa R. Civ. P. 1.306. Plaintiffs are unaware of a direct corollary to such a rule under the Federal Rules of Civil Procedure.

5. However, for service of a summons under Fed. R. Civ. P. 4(e), it is permissible to serve an individual in a manner permitted under state law. Fed. R. Civ. P. 4(h) for service on a corporation adopts the state-service method by reference.

6. Thus, because this Court has the ability to permit service in a manner permitted by Iowa law, and because Iowa law allows alternate methods of service so long as the method is in accord with due process, this Court has the ability to permit the Examination Order to be served on Judgment Debtor by a method not explicitly described in the federal rules.

7. Prior to the commencement of this action, John Calacci was a trustee of Plaintiffs, and he regularly corresponded with other trustees using the following email address: john.calacci@calacci-construction.com.

8. In fact, after the events underlying this action occurred, Mr. Calacci sent an email to Plaintiffs' attorney Bryan O'Neill on July 1, 2021 using the john.calacci@calacci-construction.com address.

9. Additionally, in that same July 1, 2021 email from Mr. Calacci, his signature block indicated that he had a mailing address of P.O. Box 1906 in Iowa City, Iowa.

10. Because Mr. Calacci has corresponded with Plaintiffs using john.calacci@calacci-construction.com and because he has provided a mailing address of P.O. Box 1906 in Iowa City, Iowa, Plaintiffs hereby request that the Court enter an order granting Plaintiffs the ability to serve the Examination Order of Judgment Debtor by:

    a. Emailing the Examination Order to john.calacci@calacci-construction.com; and

    b. Mailing, via Certified Mail, the Examination Order to P.O. Box 1906 in Iowa City, Iowa.

WHEREFORE Plaintiffs respectfully request this Court enter and order granting Plaintiffs the ability to serve the Examination Order on Judgment Debtor as requested in paragraph 10(a) and (b).

                                        */s/ William M. Reasoner*
Bryan P. O'Neill, AT0011024
William M. Reasoner, AT0013464
DICKINSON, MACKAMAN, TYLER & HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa  50309-3986
Telephone:  (515) 244-2600
Facsimile:  (515) 246-4550
boneill@dickinsonlaw.com
wreasoner@dickinsonlaw.com

ATTORNEYS FOR PLAINTIFFS

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

None

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

John Calacci
Calacci Construction Co., Inc.
2881 Independence Road
Iowa City, IA  52240

*/s/ Claire Warner*